No. 90–8268. RUFOLO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–8269. BANKS, AKA BISHOP v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–8270. RISTAU v. THALACKER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 90–8271. UPFALOW v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–8272. SCOTT v. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 90–8273. WILKINS v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 90–8274. BATES v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 90–8275. ALLEN v. DAVIS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 90–8276. WILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–8277. ROBINSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 90–8278. FROSCHAUER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–8279. FRIEND v. WILLIAMS ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–8280. BONNETT v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–8281. BROWN v. LUNGREN, ATTORNEY GENERAL OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 90–8282. RODRIGUEZ DIAZ v. FLORIDA BOARD OF BAR EXAMINERS ET AL. Sup. Ct. Fla. Certiorari denied.

No. 90–8283. SPRADLEY v. COMBS ET AL. C. A. 11th Cir. Certiorari denied.